No. 909.  FISWICK ET AL. *v.* UNITED STATES.  April 22, 1946.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted.  *Frederic M. P. Pearse* for petitioners.  *Solicitor General McGrath, Robert S. Erdahl* and *Leon Ulman* for the United States. ▆

No. 920.  UNITED STATES *v.* RUZICKA ET AL., TRADING AS SEELEY DAIRY.  April 22, 1946.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted.  *Solicitor General McGrath* for the United States.  *William Parker Ward* for respondents. ▆

No. 968.  ORDER OF RAILWAY CONDUCTORS OF AMERICA ET AL. *v.* SWAN ET AL.; and

No. 969.  WILLIAMS ET AL. *v.* SWAN ET AL.  April 22, 1946.  Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted.  *V. C. Shuttleworth, Everett L. Gordon* and *Leo J. Hassenauer* for petitioners.  *Kenneth F. Burgess, Douglas F. Smith, R. J. Hagman, Bryce L. Hamilton, Burton Mason* and *John A. Sheean* for the Railroad Carriers et al., and *Conrad H. Poppenhusen* and *Anan Raymond* for the Railroad Yardmasters, respondents. ▆

No. 972.  FEDERAL COMMUNICATIONS COMMISSION *v.* WOKO, INCORPORATED.  April 22, 1946.  Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted.  *Solicitor General McGrath* and *Rosel H. Hyde* for petitioner.  *William J. Dempsey* and *William C. Koplovitz* for respondent. ▆